United States District Court
Southern District of Texas
FILED

NOV 1 6 2010

CLERK OF COURT
LAREDO DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SOUTHWEST PIPELINE & TRENCHLESS CORP. | § § § | |
| V. | § § | CIVIL ACTION NO: 5:09-CV-0047 |
| TROY CONSTRUCTION, LLC, HUFF & MITCHELL, INC. and LIBERTY MUTUAL SURETY | § § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Southwest Pipeline & Trenchless Corporation and Defendants, Troy Construction, LLC, Huff & Mitchell, Inc., and Liberty Mutual Surety, have fully compromised and settled all claims and actions asserted or that could have been asserted against and between them in this matter. Therefore the Court hereby:

DISMISSES with prejudice all of Plaintiffs' claims against Defendants Troy Construction, LLC, Huff & Mitchell, Inc., and Liberty Mutual Surety; and

ORDERS that all attorneys' fees and costs of court are to be taxed to the party incurring same.

SIGNED this 16th day of NOVEMBER, 2010.

_____
UNITED STATES JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

**KINGSMILL RIESS, L.L.C.**

By: _____
Michael R. C. Riess (La #2073)
Lisa A. Montgomery (La. #14236)
201 St. Charles Avenue, Suite 3300
New Orleans, Lousiana 70170
Ph – (504) 581 – 3300
Fx – (504) 581 – 3310
E-mail: mriess@kingsmillriess.com
lmontgomery@kingsmillriess.com

ATTORNEYS FOR SOUTHWEST PIPELINE & TRENCHLESS CORP.

By: _____
WILLIAM B. WESTCOTT
State Bar No. 24028219
Federal Bar No. 27530
3900 Essex Lane, Suite 800
Houston, TX 77027
Phone: 713-850-4200
Fax: 713-850-4211
Email: ben.westcott@lawamc.com

ATTORNEY-IN-CHARGE FOR
TROY CONSTRUCTION, LLC, HUFF & MITCHELL, INC. and LIBERTY MUTUAL SURETY

OF COUNSEL:
ANDREWS MYERS COULTER & HAYES, PC
William W. Davidson
State Bar No. 05446500
3900 Essex Lane, Suite 800
Houston, TX 77027
Phone: 713-850-4200
Fax: 713-850-4211
Email: wdavidson@lawamc.com